E-Filed: **5/28/09**

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID LUCKIE COCHRAN, | ) | NO. CV 07-04381 GHK (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| S.A. HOLENCIK, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   5/28/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE